IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **MALCOLM JOHNSON,** an individual, | ) ) ) |
| Plaintiff, | ) ) Case No.4:20-cv-00469-DDN |
| vs. | ) ) ) |
| **DOLLAR TREE STORES, INC.,** | ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Malcolm Johnson and Defendant Dollar Tree Stores, Inc., by and through counsel, hereby stipulate and agree to the dismissal of all of Plaintiff's claims against Defendant, with prejudice, each party is to bear his or its own costs and attorneys' fees.

dated:  May 11, 2020

Respectfully submitted,

/s/Garret S. DeReus (with permission)
Garret S. DeReus (MO # 68840)
BIZER & DEREUS, LLC
3319 St. Claude Ave.
New Orleans, LA 70117
Telephone: 504-619-9999
Facsimile:  504-948-9996
gdereus@bizerlaw.com

ATTORNEY FOR PLAINTIFF

/s/Daniel B. Boatright
Daniel B. Boatright #38803MO
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO  64106
Telephone: 816-627-4400
Facsimile:  816-627-4444
dboatright@littler.com

ATTORNEYS FOR DEFENDANT